# EXHIBIT "B"

# Anderson & Catania
## Surety Services, LLC

Member National Association of Surety Bond Producers
707 Philadelphia Pike Wilmington, DE 19809
(302) 762-7599 Fax: (302) 762-7939 surety@acsurety.com 

# REPORT OF EXECUTION

**Date:** 06-Mar-19

**Surety Copy**

## Bond Executed in the following Company:

### Liberty Mutual Insurance Company

**Principal:**
Dobco, Inc.
30 Galesi Dr., Suite 202A
Wayne, NJ 07470
Account Number: CONV00248

**Obligee:**
United States Department of the Army
100 Penn Square East
Wannamaker Bldg, Phila Corps of Eng
Philadelphia, PA 19107-3390

**Job Number:**

| Bond Number | Effective Date | Expiration Date | Statement |
|---|---|---|---|
| 019066285 | 3/1/19 | 10/1/21 | MAR 19 |

**Processed By:** Denise A. Medlar

| Bond Amount | Contract Amount | Type | Invoice Number |
|---|---|---|---|
| $23,981,295.00 | $23,981,295.00 | CONTRACT | 3289-1-1 |

| Bond Description |
|---|
| Solicitation No. W912BU-19-C-0017 for Welsh Elementary School/Dover Air Base Middle School Replacement |

*[handwritten: Contract Amount = $47,962,590]*

| Premium | Commission | | Due to Surety |
|---|---|---|---|
| $155,506.00 | $18,854.85 | | $136,651.15 |

Rate: ~~Rate Calculator not used~~ *[handwritten: $14.40 Slide]*

*[handwritten: * Arch is Co-Surety Bond No. SU1155760]*

Invoice for A/R Only  *Premium Includes 1/2 of $20,347 Surcharge for 930 Day Completion Time (Surcharge is 7% of Premium For 7 Month Completion Time over 2 Years)  Thank you.

Liberty Mutual Insurance Company Bond# 019066285
Arch Insurance Company Bond# SU1155760

| PERFORMANCE BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 03/01/2019 | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)
Dobco, Inc.
30 Galesi Drive, Suite 202A
Wayne, NJ 07470

**TYPE OF ORGANIZATION** ("X" one)
[ ] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE
[X] CORPORATION   [ ] OTHER (Specify)

**STATE OF INCORPORATION**
New Jersey

**SURETY(IES)** (Name(s) and business address(es))
Liberty Mutual Insurance Company
2200 Renaissance Blvd.
King of Prussia, PA 19406

Arch Insurance Company
Three Parkway, Suite 1500
Philadelphia, PA 19102

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 47 | 962 | 590 | 00 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 02/27/2019 | W912BU-19-C-0017 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Liberty Mutual Insurance Company 2200 Renaissance Blvd. King of Prussia, PA 19406 | STATE OF INCORPORATION Massachusetts | LIABILITY LIMIT ($) 23,981,295 | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. *Gina M Pepe* | 2. *[signature]* | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Gina M. Pepe Attorney-in-Fact | 2. Witness for Surety | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| | | CORPORATE SURETY(IES) (Continued) | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | Arch Insurance Company<br>Three Parkway, Suite 125 Philadelphia PA 19102 | STATE OF INCORPORATION<br>Missouri | LIABILITY LIMIT ($)<br>23,981,295 | Corporate Seal |
| | SIGNATURE(S) | 1. *Gina M Pepe* | 2. *[signature]* | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Gina M. Pepe<br>Attorney-in-Fact | 2. Witness for Surety | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM | ▶ | RATE PER THOUSAND ($)<br>$14.40 slide | TOTAL ($)<br>311,012.00 |
|---|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 8/2016) BACK

Liberty Mutual Insurance Company Bond# 019066285
Arch Insurance Company Bond# SU1155760

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 03/01/2019 | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| Dobco, Inc.<br>30 Galesi Drive, Suite 202A<br>Wayne, NJ 07470 | ☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE<br>☒ CORPORATION  ☐ OTHER (Specify)<br>STATE OF INCORPORATION<br>New Jersey |

| SURETY(IES) (Name(s) and business address(es)) | | PENAL SUM OF BOND | | | |
|---|---|---|---|---|---|
| Liberty Mutual Insurance Company<br>2200 Renaissance Blvd.<br>King of Prussia, PA 19406 | Arch Insurance Company<br>Three Parkway, Suite 1500<br>Philadelphia, PA 19102 | MILLION(S)<br>47 | THOUSAND(S)<br>962 | HUNDRED(S)<br>590 | CENTS<br>00 |
| | | CONTRACT DATE<br>02/27/2019 | | CONTRACT NUMBER<br>W912BU-19-C-0017 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Liberty Mutual Insurance Company<br>2200 Renaissance Blvd., King of Prussia, PA 19406 | STATE OF INCORPORATION<br>Massachusetts | LIABILITY LIMIT<br>$ 23,981,295 | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. Gina M Pepe | 2. [signature] | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Gina M. Pepe<br>Attorney-in-Fact | 2. Witness for Surety | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | Arch Insurance Company<br>Three Parkway, Suite 1500, Philadelphia, PA 19102 | STATE OF INCORPORATION<br>Missouri | LIABILITY LIMIT<br>$ 23,981,295 | Corporate Seal |
| | SIGNATURE(S) | 1. *Gina M Pepe* (signed) | 2. *(signed)* | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Gina M. Pepe<br>Attorney-in-Fact | 2. Witness for Surety | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV. 8/2016) BACK